# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>MELISSA DUFOUR; and<br>RACQUELLE MARIE DOLORES ANTEOLA<br><br>*Defendant(s)* | Case No.<br>23-MJ- 135 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 1, 2023  in the county of  Mobile  in the  Southern  District of  Alabama , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21 U.S.C. 841(a)(1) | Possession with the Intent to Distribute Drugs |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Randy Hoffman*
*Complainant's signature*

Randall Hoffman Special Agent HSI
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1.

Date: 06/02/2023

*P. Bradley Murray*  Digitally signed by P. Bradley Murray
Date: 2023.06.02 14:39:23 -05'00'
*Judge's signature*

City and state:  Mobile, Alabama   Hon. P. Bradley Murray, U.S. Magistrate Judge
*Printed name and title*

Print   Save As...   Attach   Reset