UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

STATE OF ALABAMA       :
                       : ss.  A F F I D A V I T
                       :
COUNTY OF MOBILE       :

I, Randall L. Hoffman, being duly sworn, depose and state:

I am a Special Agent with Homeland Security Investigations (HSI). I am presently assigned to the Office of the Resident Special Agent in Charge in Mobile, Alabama (RAC Mobile). I have been so employed with HSI since November 2001. As part of my daily duties as an HSI Special Agent, I investigate criminal violations relating to the national security of the United States such as drug smuggling, arms trafficking, and financial crimes, including money laundering and bulk cash smuggling. I am authorized by the Homeland Security Act of 2002 to perform the duties provided by law and regulation, and empowered to conduct investigations of offenses against the United States; conduct searches without warrant at the border or its functional equivalent; conduct inquiries related to alienage and removability; execute and serve search and arrest warrants; serve subpoenas and summonses; administer oaths; make arrests without warrant; require and receive information relating to

1

offenses; and bear firearms.

This Affidavit is made in support of an application for the issuance of an arrest warrant for **Melissa DUFOUR and Racquelle Marie Dolores ANTEOLA.** I am familiar with the information contained in this Affidavit based upon my involvement in this investigation and based on my conversations with other law enforcement officers.

Because this Affidavit is being submitted for the limited purpose of securing an arrest warrant, this affidavit may not include every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 21 U.S.C., Section 841 by **Melissa DUFOUR and Racquelle Marie Dolores ANTEOLA** exist.

Title 21 U.S.C. 841 makes it a crime for any person knowingly or intentionally to Manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance.

As a result of the investigation described more fully below, there is probable cause to believe that **Melissa DUFOUR and Racquelle Marie Dolores ANTEOLA,** knowingly and intentionally manufactured or distributed, or possessed with intent to

2

manufacture or distribute, a controlled substance in violation of Title 21 U.S.C. Section 841.

On June 1, 2023, a Mobile County Sheriff's Deputy conducted a traffic stop on a vehicle driven by **Melissa DUFOUR** with passenger **Racquelle Marie Dolores ANTEOLA** on Interstate I10 near Exit 8 in Mobile, Alabama. The vehicle was a Black Ford Expedition bearing Texas Temporary Dealer Tag 3B0499C. During the traffic stop a Mobile County Sheriff's Canine conducted a free air search around the vehicle and gave a positive alert for the presence of narcotics coming from the vehicle. Before the vehicle was searched a subject claiming to be an attorney asked the MCSO Deputy, via driver's cell phone (**Melissa DUFOUR)**, that he will be requesting dash camera footage as well as training records for the canine and names and badge numbers for the officers on the scene. After that conversation several hidden compartments were discovered in the vehicle and in two of the compartments 84 bundles, weighing approximately 98 kilograms of suspected cocaine was found. The vehicle was modified in the back seat with a steel aftermarket compartment. The floor was lowered and welded back together giving room to store the bundles of cocaine. The second compartment was located in the back side area of the SUV where the side panels were hollowed out giving more room to store the bricks of cocaine. Five of

the bundles were field tested and were positive for cocaine. The wholesale value of the cocaine is conservatively estimated at approximately three million dollars.

Miranda Rights were read to **DUFOUR** and she signed the Miranda Rights form indicating she understood her rights. During the interview **DUFOUR** stated that her and **ANTEOLA** left the Miami area on Monday May 29, 2023, to go to Houston, Texas to attend a party/cookout.  **DUFOUR** advised her boyfriend, of a month, drove to Miami, from Atlanta, GA., with a vehicle for her to make the trip with.  **DUFOUR** stated she has a vehicle but didn't want to put all the miles on it.  **DUFOUR** was unsure how her boyfriend got back to Atlanta.  **DUFOUR** could not give any names except for a guy by the name of "Jesse" invited her to Houston for the cookout.  **DUFOUR** stated they got drunk and someone took them to their hotel room leaving the vehicle behind at the party/cookout.  **DUFOUR** advised her and **ANTEOLA** hung out for a couple days then they were driving to Atlanta, GA to see her boyfriend when they got stopped for the traffic violation.

Miranda Rights were read to **ANTEOLA** and she signed the Miranda Rights form indicating she understood her rights. During the interview **ANTEOLA** stated she flew from Los Angeles, CA to Miami to attend her cousin's graduation.  **ANTEOLA** advised she wasn't able to get a ticket for the graduation, so she wasn't

4

able to go.  That same day within a couple hours of landing in Miami she left with **DUFOUR** for Houston, Texas to go to a party/cookout.  **ANTEOLA** could not provide any names of the people at the party or any names of people that she met while in Houston.  **ANTEOLA** stated she got very drunk and they left the vehicle at the party and took a UBER back to the hotel room later that night.  **ANTEOLA** advised her and **DUFOUR** hung out in the hotel room for a couple days then left for Atlanta, GA.

Based on the foregoing, the Affiant believes that there is probable cause to believe that **Melissa DUFOUR and Racquelle Marie Dolores ANTEOLA**, did knowingly or intentionally violate the provisions of Title 21 U.S.C. Section 841.

This Affiant respectfully requests that this Court issue an arrest warrant for **Melissa DUFOUR and Racquelle Marie Dolores ANTEOLA.**

*Randy Hoffman*
Special Agent Randall L. Hoffman
Department of Homeland Security
Homeland Security Investigations (HSI)


THE ABOVE AGENT HAD ATTESTED
TO THIS AFFIDAVIT PURSUANT TO
FED. R. CRIM. P. 4.1(b)(2)(B) THIS 2nd
DAY OF JUNE, 2023

5

P. Bradley Murray  Digitally signed by P. Bradley Murray
Date: 2023.06.02 14:42:40 -05'00'
_____
P. Bradley Murray
UNITED STATES MAGISTRATE JUDGE

6