# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   23-MJ-00135-MU |
| | * |
| MELISSA DUFOUR; and | * |
| RACQUELLE MARIE DOLORES ANTEOLA | * |
| | * |

## NOTICE OF APPEARANCE

Comes now the United States of America, by and through the United States Attorney for the Southern District of Alabama, and hereby files this Notice of Appearance to respectfully notify the Court and the defendants that Assistant United States Attorney Elizabeth P. Stepan will be appearing as co-counsel on behalf of the United States of America in this case.

Respectfully submitted this 7th day of June 2023.

Respectfully Submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: /s/ *Elizabeth P. Stepan*
Elizabeth P. Stepan
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845