# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 23-MJ-135
INFORMATION ASSOCIATED WITH CELL PHONE ACCOUNT )
███████ THAT IS STORED AT PREMISES )
CONTROLLED BY T-MOBILE, USA INC. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

for further description, see Attachment A

located in the __Southern__ District of __Alabama__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sec. 841 | Possession with the Intent to Distribute Cocaine |

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

RANDALL L HOFFMAN  Digitally signed by RANDALL L HOFFMAN
Date: 2023.06.13 11:44:01 -05'00'
*Applicant's signature*

Randall L. Hoffman, Special Agent - HSI
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to FRCP 4.1(b)(2).

Date: 06/15/2023

P. Bradley Murray  Digitally signed by P. Bradley Murray
Date: 2023.06.15 09:59:47 -05'00'
*Judge's signature*

City and state: Mobile, Alabama

P. Bradley Murray, United States Magistrate Judge
*Printed name and title*