# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH CELL PHONE ACCOUNT ▮▮▮▮▮ THAT IS STORED AT PREMISES CONTROLLED BY **T-MOBILE, USA INC**. | Case No. 23-mj-135 <br><br> **Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding **T-MOBILE, USA INC**, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant of the existence of the attached warrant until December 10, 2023.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, and further intimidate potential witnesses for the United States. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that **T-MOBILE, USA INC**. shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of one hundred and eighty (180) days, except that **T-MOBILE, USA INC**. may disclose the attached warrant to an attorney for **T-MOBILE, USA INC**. for the purpose of receiving legal advice.

06/15/2023
Date

P. Bradley Murray
Digitally signed by P. Bradley Murray
Date: 2023.06.15 10:17:01 -05'00'
United States Magistrate Judge