# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH CELL PHONE ACCOUNT ▓▓▓▓▓▓▓ THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE, USA INC. | Case No. 23-mj-135<br><br>**Filed Under Seal** |

## UNITED STATES' MOTION TO SEAL SEARCH WARRANT DOCUMENTS

COMES NOW the United States of America, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, and moves the Court to seal the search warrants, applications, affidavit, and associated documents in the above-captioned case for one hundred and eighty (180) days. This court has the inherent power to seal in support of search warrants to protect an ongoing investigation. *See, e.g.*, *United States v. Valenti,* 987 F.2d 708 (11th Cir. 1993); *Shea v. Gabriel*, 520 F.2d 879 (1st Cir. 1975); *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980). Government agents are currently investigating individuals suspected of alleged criminal activity. This investigation is neither public nor known to the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Moreover, an Alabama law enforcement officer is prominently discussed in the search warrants affidavit. The disclosure of the referenced affidavit and the law enforcement officer's involvement would have a significant adverse effect on this ongoing investigation. Thus, the United States requests that the search warrants, applications, affidavit, and associated documents in the above-captioned case be sealed for one hundred and eighty (180) days. Should the investigation or need for sealing continue beyond this date or should unsealing the matter be appropriate prior to the expiration of the one hundred and eighty (180) days, the United States will submit an additional motion.

Respectfully submitted on June 14, 2023.

        SEAN P. COSTELLO
        UNITED STATES ATTORNEY

By: */s/Elizabeth Stepan*
    ELIZABETH STEPAN
    Assistant United States Attorney
    United States Attorney's Office
    63 South Royal Street, Suite 600
    Mobile, AL 36602
    Phone: (251) 441-5845