# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH CELL PHONE ACCOUNT ▮▮▮▮▮ THAT IS STORED AT PREMISES CONTROLLED BY **T-MOBILE, USA INC**. | Case No. 23-mj-135 <br><br> **Filed Under Seal** |

**ORDER**

This matter is before the Court on the United States Motion to Seal Search Warrants Documents in the above-captioned matter. The Court, after having considered the motion and finding that the best interests of this case will be served by sealing the requested documents for one hundred and eighty (180) days after the collection authorized by the warrant has been completed, ORDERS that the Search Warrant Applications, Supporting Affidavit, Search Warrants, Motion to Seal, this Order, and other associated documents in the above-captioned matter be sealed for one hundred and eighty (180) days.

The Court FURTHER ORDERS the United States to immediately notify the Clerk by the end of such one hundred and eighty (180) days period to indicate whether any portion of the case should remain under seal. If the United States indicates that there is no further need to keep the case under seal, the Clerk is DIRECTED to unseal the case, or a portion thereof as the United States advises, without further order of the Court.

DONE AND ORDERED this  15th  day of June 2023.

P. Bradley Murray
Digitally signed by P. Bradley Murray
Date: 2023.06.15 10:08:17 -05'00'

P. BRADLEY MURRAY
United States Magistrate Judge