

FILED IN OPEN COURT

JUN 28 2023

CHARLES R. DIARD, JR.
CLERK

GFM/EPS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 23-131-WS |
| | * | USAO NO. 23R00265 |
| | * | MAG NO. 23-MJ-00135-MU |
| v. | * | |
| | * | VIOLATIONS: 21 USC § 846 |
| MELISSA DUFOUR, and | * | 21 USC § 841(a)(1) |
| RACQUELLE MARIE DOLORES ANTEOLA | * | |

## INDICTMENT

### THE GRAND JURY CHARGES:

### Count One
### Conspiracy to Possess with the Intent to Distribute Drugs
### Title 21, United States Code, Section 846

Beginning on or about November 1, 2022, and continuing through on or about the return

of this indictment, in the Southern District of Alabama, Southern Division and elsewhere, the

defendants,

## MELISSA DUFOUR, and
## RACQUELLE MARIE DOLORES ANTEOLA

did willfully, knowingly and unlawfully conspire with each other and with other persons, both

known and unknown to the Grand Jury, to distribute a Schedule II controlled substance, to-wit: a

mixture and substance containing a detectable amount cocaine, in violation of Title 21, United

States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846.

The quantity of cocaine attributable to each defendant in the conspiracy exceeded 5

kilograms; thus, the defendants are subject to the penalty provisions of Title 21, United States

Code, Section 841(b)(1)(A).

1

## Count Two
## Possession with the Intent to Distribute Drugs
## Title 21, United States Code, Section 841(a)(1)

On or about June 1, 2023, in the Southern District of Alabama, Southern Division and elsewhere, the defendants,

**MELISSA DUFOUR, and**
**RACQUELLE MARIE DOLORES ANTEOLA**

aided and abetted by one another and by other persons, both known and unknown to the Grand Jury, did knowingly and intentionally unlawfully possess with the intent to distribute, a Schedule II controlled substance, to-wit: approximately 98 kilograms of a mixture and substance containing a detectable amount cocaine.

In violation of Title 21, United States Code, Section 841(a)(1).

The quantity of cocaine involved in the offense exceeded 5 kilograms; thus, the defendants are subject to the penalty provisions of Title 21, United States Code, Section 841(b)(1)(A).

A TRUE BILL

FOREPERSON UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

2

SEAN P. COSTELLO
UNITED STATES ATTORNEY
By:

GEORGE F. MAY
Assistant United States Attorney


ELIZABETH P. STEPAN
Assistant United States Attorney


SEAN P. COSTELLO
United States Attorney                    JUNE 2023


3