

## PENALTY PAGE

| | |
|---|---|
| **CASE STYLE:** | UNITED STATES v. MELISSA DUFOUR, ET. AL. |
| **DEFENDANTS:** | MELISSA DUFOUR (ALL COUNTS)<br>RACQUELLE MARIE DOLORES ANTEOLA (ALL COUNTS) |
| **USAO NO.:** | 23R00265 |
| **AUSA:** | George F. May<br>Elizabeth P. Stepan |
| **CODE VIOLATIONS:** | |
| **COUNT 1:** | 21 USC § 846, Conspiracy to Possess with the Intent to Distribute Drugs |
| **COUNT 2:** | 21 USC § 841(a)(1), Possession with Intent to Distribute Drugs |
| **PENALTIES:** | |
| **COUNTS 1 & 2:** | 10 yrs-life/$10,000,000/5 yrs SRT to life/$100 SA |