**IN THE UNITED STATES OF AMERICA FOR**
**THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| V. | * | Criminal No. 23-000131 - WS |
| | * | |
| **MELISSA DUFOUR** | * | |

## NOTICE OF APPEARANCE

COMES NOW, William C. Alford, who appears as Counsel for the above-styled Defendant, Melissa Dufour.

        /s/William C. Alford
        ATTORNEY FOR THE DEFENDANT
        7 North Lawrence Street
        Mobile, AL 36602
        (251) 433-0906

## Certificate of Service

I hereby certify that I have served a copy of the forgoing on the undersigned by electronic filing on this the 30th day of June, 2023 to:

US Attorney's Office

        /s/ William C. Alford
        William C. Alford