## United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the

Southern District of Texas, certify that the attorney identified below is admitted to

practice in this court, and is in good standing as a member of the Bar of this Court.

Emmett Matthew Leeper, Federal ID No 2591731

Admission date: May, 21, 2015

Dated June 7, 2023, at Houston, Texas.

Nathan Ochsner, Clerk of Court



By: Claire Cassady, Deputy Clerk