# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   CRIMINAL NO. 23-00131-WS |
| | * |
| **MELISSA DUFOUR** | * |

## PETITION FOR WRIT OF HABEAS CORPUS

COMES NOW the undersigned Assistant United States Attorney, who respectfully petitions this Honorable Court for the issuance of a Writ of Habeas Corpus [**X**] *Ad Prosequendum* [ ] *Ad Testificandum*, as an exigency exists necessitating Detainee's presence for proceedings in the Southern District of Alabama.

Full Name of Detainee: **MELISSA DUFOUR**
Presently Detained at/Custodian: **MOBILE METRO JAIL, Mobile, Alabama**
[**X**] Detainee charged in this District, with **21 U.S.C § 841(a), Possession with the Intent to Distribute Drugs** by: **Indictment**; or
[ ] Detainee is a witness not otherwise available by ordinary process.
[**X**] Detainee will be retained in federal custody from initial appearance through final disposition of federal charges, and then will be returned to the custody of the detaining facility to resume the sentence currently being served; or
[ ] Detainee will return to the custody of detaining facility upon termination of proceedings.
[**X**] Detainee's arraignment in this District is scheduled for: **July 25, 2023 @ 10:00 a.m. in Courtroom 5B.**

                                                  */s/ George F. May*
                                                  George F. May
                                                  Assistant United States Attorney
                                                  Southern District of Alabama

## WRIT OF HABEAS CORPUS

The above Petition is **GRANTED**. The above-named custodian of the detaining facility and the United States Marshal for this District are **ORDERED** to produce Detainee in this District, as petitioned above, and to return Detainee to said custodian upon the conclusion of said proceedings.

Date: 7/17/2023                                           s/Katherine P. Nelson
                                                                      United States Magistrate Judge