AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br><br>MELISSA DUFOUR<br>*Defendant* | )<br>)  Case No. 23-0131-WS<br>)  HSI<br>)  11569280<br>)  2303-0629-0710-J<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Melissa DuFour,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE DRUGS (1)
POSSESSION WITH INTENT TO DISTRIBUTE DRUGS (2)

Date: 06/29/2023

*Tina Wood*
*Issuing officer's signature*  Deputy Clerk

City and state: Mobile, AL

CHARLES R. DIARD, JR., CLERK
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/29/2023, and the person was arrested on *(date)* 07/25/2023
at *(city and state)* Mobile, AL.

Date: 07/25/2023

*Andrea Jenkins*
*Arresting officer's signature*

Andrea Jenkins, IA
*Printed name and title*