IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF ALABAMA
CRIMINAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO.: 1:23-00131 WS |
| | : | |
| Melissa Dufour | : | |

## UNOPPOSED MOTION TO CONTINUE DETENTION HEARING

Comes now, William Alford, Counsel for the Defendant Melissa Dufour, and requests a continuance of Defendant's Detention Hearing based on the following:

1. Ms. Dufour's case is set for the Detention Hearing on August 1, 2023.
2. Ms. Dufour is from outside the jurisdiction and Counsel needs additional time to coordinate with witnesses for the necessary for the Detention Hearing.
3. Counsel is requesting the Continuance of the Detention Hearing for two to three weeks.
4. Counsel has spoken with Assistant United States' Attorney, the Hon. Beth Stepan, and the Government is not Opposed to this Motion.

Wherefore premises considered, Melissa Dufour, by and through her attorney of record, William Alford, requests a continuance of the Detention. Hearing.

Respectfully submitted, this 31st day of July 2023, by:

/s/ William C. Alford_____
William C. Alford
Attorney at Law
7 North Lawrence Street
Mobile, Alabama 36602
(251) 433-0906

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy was served via electronic filing on this 31st day of July, 2023 to:

Hon. Beth Stepan,
Asst. U.S. Attorney

/s/William C. Alford_____