IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
| * | |
| v.  * | **CRIMINAL NO. 23-00131-WS** |
| * | |
| **MELISSA DUFOUR, ET. AL.** * | |

### JOINT MOTION TO CONTINUE TRIAL TERM

COMES NOW the United States Attorney for the Southern District of Alabama, Sean P. Costello, by and through the undersigned Assistant United States Attorney, George F. May, and respectfully files this joint motion to continue the trial term in the above captioned case to the December 2023 trial term of Court.

As grounds therefore, the parties all recognize there is voluminous discovery in the case and the best interests of justice for all parties militate in favor of the requested continuance to enable all parties sufficient time to review and analyze the discovery. Attorneys for both defendants have expressly agreed to the requested trial term.

WHEREFORE, the parties jointly and respectfully request the trial term in this case be continued until the December 2023 term of Court.

Respectfully Submitted,

 /s/ George F. May
George F. May
Assistant United States Attorney
Southern District of Alabama