```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF ALABAMA
          SOUTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **vs.** | : CRIMINAL NO. 23-00131-WS |
| | : |
| **MELISSA DUFOUR,** | : |
| **RACQUELLE MARIE DOLORES** | : |
| **ANTEOLA,** | : |
| | : |
| **Defendants.** | : |

## ORDER

This case is before the Court on the parties' joint Motion to Continue.(Doc. 67). Counsel for the parties represent that due to the voluminous discovery in this case, including telephone records, additional time is needed in order to ready this case for trial or other resolution. Accordingly, they jointly request that the trial of this case be continued to the December 2023 trial term.

Upon consideration, the undersigned concludes that the ends of justice served by continuing this action for two terms outweigh the best interests of the public and Defendants in a speedy trial. 18 U.S.C.A. § 3161(h)(7)(A). This is the first trial setting in this case in which Defendants are charged with conspiracy to distribute more than 5 kilograms of cocaine. If convicted, they face substantial jail time. Continuing this case for two terms so that counsel can review the voluminous discovery and ready this case for trial or other resolution is reasonable under the circumstances. 18 U.S.C.A. §3161(h)(7)(A). Accordingly, the motion

for a continuance is **GRANTED**. This case is hereby CONTINUED to the December **2023** criminal term. For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Counsel for Defendants shall file on or before **August 25, 2023,** a Speedy Trial Waiver executed by Defendant and his/her counsel. The waiver shall include language which reflects that (A) counsel has discussed the reasons for seeking a continuance with Defendant; (B) Defendant understands that the time requested in the motion to continue trial of this matter will be excluded from any calculations of time under the Speedy Trial Act; and (3) with this understanding and knowledge, Defendant agrees to a continuance of this action to the **December 2023** trial term.

The Clerk is directed to refer this matter to Magistrate Judge Murray.

**DONE** this **9th** day of **August, 2023.**

                              **/s/ SONJA F. BIVINS**
                             **UNITED STATES MAGISTRATE JUDGE**