ATTACHMENT 2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 23-00131-WS |
| _Melissa Dufour_ | : |
| DEFENDANT. | : |

## WAIVER OF RIGHT TO A SPEEDY TRIAL

I understand that I have the right to have my trial commence within the time required by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, but have elected to have that time period extended.

I, being fully advised of my rights regarding a speedy trial, knowingly, intelligently and voluntarily waive (GIVE UP) my right to a speedy trial. This decision has been made after I:

   (A) was advised by my attorney of the reasons for seeking a continuance;

   (B) became aware that the time requested in the extension may be excluded from any calculation of time under the Speedy Trial Act; and

   (C) with full understanding and knowledge, have agreed to the extension of time to the _____, 20___ trial term.
[month]

I certify under the penalty of perjury that the foregoing is true and correct on this the _10th_ day of _August_, 20_23_.

_____
DEFENDANT'S SIGNATURE

APPROVED BY:

_____
COUNSEL FOR DEFENDANT

7