IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 1:23-00131-WS |
| | ) |
| MELISSA DUFOUR *and* | ) |
| RACQUELLE MARIE DOLORES | ) |
| ANTEOLA, | ) |
|     Defendants. | ) |

## ORDER SETTING PRETRIAL CONFERENCE

Trial for Defendants **MELISSA DUFOUR** and **RACQUELLE MARIE DOLORES ANTEOLA** in this criminal action has been continued to the Court's December 2023 criminal term. (*See* Doc. 72). Accordingly, said Defendants are hereby set for an **in-person** pretrial conference pursuant to Federal Rule of Criminal Procedure 17.1 and S.D. Ala. CrLR 17.1(b) before the undersigned Magistrate Judge on **NOVEMBER 7, 2023**, beginning at **9:30 A.M. (Central)**, in **Courtroom 5B** the United States District Courthouse at 155 St. Joseph Street, Mobile, Alabama 36602.[1] The provisions governing pretrial conferences set forth in the Court's Orders on Arraignment (Docs. 46, 51) remain in effect.

**DONE** and **ORDERED** this the **18th** day of **October 2023**.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] *See* S.D. Ala GenLR 72(a)(2)(N) (authorizing the magistrate judges of this district to conduct proceedings and issue orders under Fed. R. Crim. P. 17.1).