IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA     *

    vs.                                    * CR NO. 23-00131-WS-N

MELISSA DUFOUR
RACQUELLE MARIE DOLORES ANTEOLA

    Defendants.                *

ORDER

This matter came before the undersigned for a pretrial conference on November 7, 2023. Participating in the conference were Matthew Leeper Esq., and William Alford, Esq., counsel for Defendant Dufour, Jeff Deen, Esq., counsel for Defendant Anteola and Assistant United States Attorney George May. At the conference counsel for Defendant Dufour made an oral motion to continue the trial of this matter from its current December 2023 setting. Counsel for Defendant Anteola concurred in the motion. As grounds for the motion counsel notes, in sum, that the discovery provided by the government is voluminous and additional time is needed to meet with their respective clients, review the discovery and prepare for trial or other resolution of this matter. AUSA May advised that the United States has no objection to the requested continuance.

The undersigned finds that the ends of justice served by continuing this action to the **January 2024** criminal trial term outweigh the best interests of

the public and the Defendants in a speedy trial. 18 U.S.C.A. § 3161(h)(7)(A). Specifically, the continuance is warranted to enable counsel additional time to review the voluminous discovery, to consult with their respective clients and to adequately prepare this case for trial or other resolution. 18 U.S.C.A. §3161(h)(7)(A).

Under these circumstances, and upon consideration, the unopposed oral motion to continue is **granted** and this case is hereby CONTINUED to the **January 2024** criminal term. For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). This continuance is contingent on defendants, along with their respective counsel of record filing a Waiver of Speedy Trial by November 17, 2023.

The Clerk is directed to refer this matter to Magistrate Judge Sonja Bivins to set a pretrial conference in December 2023.

ORDERED this the 15th day of November 2023.

/s/ Katherine P. Nelson
**UNITED STATES MAGISTRATE JUDGE**