## ATTACHMENT 1

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## Criminal DIVISION

UNITED STATES OF AMERICA *

VS.    *    Cr. Action No.: 1:23-CR-131-WS

Melissa DuFour    *

Defendant.    *

## WAIVER OF RIGHT TO A SPEEDY TRIAL

I understand that I have the right to have my trial commence within the time required by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, but have elected to have that time period extended.

I, being fully advised of my rights regarding a speedy trial, knowingly, intelligently and voluntarily waive (GIVE UP) my right to a speedy trial. This decision has been made after I:

(A)   was advised by my attorney of the reasons for seeking a continuance;
(B)   became aware that the time requested in the extension may be excluded from any calculation of time under the Speedy Trial Act; and

(C)   with full understanding and knowledge, have agreed to the extension of time to the __January__, 20_24_ trial term.
[month]

I certify under the penalty of perjury that the foregoing is true and correct on this the __16th__ day of __November__, 2023

_____
DEFENDANT'S NAME

APPROVED BY:

_____
ATTORNEY'S NAME

4