```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

**UNITED STATES OF AMERICA**     \*
                                 \*
**vs.**                          \*   **CRIMINAL NO. 23-00131-WS**
                                 \*
**MELISSA DUFOUR,**              \*
                                 \*
    **Defendant.**          \*

### ORDER

William Alford, counsel for Defendant Melissa Dufour, filed a Notice of Intent to Plead Guilty (Doc. 88), wherein he informed the Court that Defendant desires to change her plea of not guilty and enter a plea of guilty to the indictment in this case.

Accordingly, the pretrial conference scheduled for **December 12, 2023** is **CANCELED**, and this matter is set for a guilty plea hearing on **December 19, 2023**, at **10:00 a.m. (CST)**, before United States District Judge William H. Steele, in **Courtroom 4A** of the United States District Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.

If Defendant will be pleading guilty pursuant to a plea agreement, the parties are **ORDERED** to file the written Rule 11 plea agreement and factual resume not later than **one (1) full day prior to the guilty plea hearing.**

If Defendant decides not to plead as set forth above, counsel shall immediately notify the undersigned Magistrate Judge, so that

the guilty plea hearing may be canceled, and the pretrial conference rescheduled.

The United States Marshal is **DIRECTED** to produce Defendant Melissa Dufour for the above-referenced guilty plea hearing.

**ORDERED** this **11th** day of **December, 2023.**

                                          **/s/ SONJA F. BIVINS**
                                   **UNITED STATES MAGISTRATE JUDGE**