IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF ALABAMA
CRIMINAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO.: 1:23-00131 WS |
| | : | |
| MELISSA DUFOUR | : | |

## MOTION TO CONTINUE/NOTICE OF CONFLICT

Comes now, the Defendant in the above-styled cause and respectfully requests this Honorable Court continue the Change of Plea Hearing and sets forth the following as grounds.

1. Defendant is represented by Emmett Matthew Leeper of Houston, Texas and local Counsel, the Undersigned.

2. Defendant gave notice of intent to plead guilty on December 11, 2023 and this Honorable Court set that the Change of Plea hearing for December 19, 2023.

3. Counsel Emmett Leeper has time conflicts from December 15, 2023 – December 22, 2023.

4. The Government is unopposed to this motion.

Wherefore, premises considered, we respectfully request that the Change of Plea hearing be continued to the week of the December 26-29.

/s/ William C. Alford
William C. Alford
Attorney at Law
7 North Lawrence Street
Mobile, Alabama 36602
(251) 433-0906

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy was served via electronic filing on this 11th day of December 13, 2023 by electronically filing with the Clerk of Court using CM/ECF system which will send notice to all counsel of record.

      /s/William C. Alford