IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **vs.** | : | **CRIMINAL NO. 23-0131-WS** |
| **MELISSA DUFOUR** | : | |

### ORDER

This cause is before the Court on Defendant's Motion to Continue/Notice of Conflict (Doc. 91). Upon consideration of all matters presented, the motion is GRANTED.

The guilty plea hearing, previously scheduled for December 19, 2023, is hereby RESCHEDULED for **9:30 a.m.** on **December 28, 2023**, in Courtroom 4A, United States Courthouse, Mobile, Alabama.

**DONE** and **ORDERED** this the 14th day of December, 2023.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE