IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF ALABAMA
CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| vs. : | CRIMINAL NO.: 1:23-CR-00131-WS |
| : | |
| MELISSA DUFOUR : | |

## MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

Comes now, Defendant, by and through her attorney of record, William C. Alford, pursuant to Local Rule 5.2 and files this motion for leave to file under seal. The defendant requests this Court allow her Sentencing Memorandum be filed under seal because it contains sensitive material regarding mental/psychological health information and treatment along with personal circumstances and history. These issues are discussed in the Presentence Report and that document was filed under seal. Any other method other than filing under seal are inadequate because other methods would cause this information to be exposed to the public. The Sentencing Memorandum should remain under seal indefinitely or until the Presentence Report is unsealed.

Wherefore, Counsel respectfully requests that the proposed document be sealed except for the copies to the AUSA currently assigned to this case.

Respectfully submitted, this 2nd day of May, 2024, by:

/s/ William C. Alford  
William C. Alford  
Attorney at Law  
7 North Lawrence Street  
Mobile, Alabama 36602  
(251) 433-0906

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy was served via electronic filing on this 2nd day of May, 2024 to all parties.

/s/William C. Alford

<u>CERTIFICATE OF CONFERENCE</u>

Counsel has conferred with AUSA George May and he is unopposed to Defendant's motion.

<u>/S/ E. Matthew Leeper, III</u>

IN THE UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF ALABAMA
CRIMINAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO.: 1:23-CR-00131-WS |
| | : | |
| MELISSA DUFOUR | : | |

## ORDER

Wherefore premises considered, Defendant's Motion for Leave to File Under Seal is hereby GRANTED. It is therefore ordered that Defendant's Motion for Leave to File Under Seal is GRANTED.

SIGNED this the _____ day of _____, 2024

 

_____
The Honorable William H. Steele
United States District Judge